# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Plaintiff

vs.

Category

Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on _____ from _____ to _____ by direction of the Calendar Committee.

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc: _____ & Courtroom Deputy

_____ & Courtroom Deputy

Liaison, Calendar and Case Management Committee